GEORGE PRATT v. CHARLES S. SMITH.

FILED MARCH 18, 1903.   No. 12,689.

**Error: RECORD: PRESUMPTION.** Where it is claimed that the court
erred in permitting a pleading to be amended during trial, the
alleged fact must be shown by the record; its existence will not
be presumed.

ERROR to the district court for Buffalo county: HOMER
M. SULLIVAN, DISTRICT JUDGE.   *Affirmed.*

*J. F. Walker*, for plaintiff in error.

*D. C. Wenzell, contra.*

SULLIVAN, C. J.

This action involving an examination of a long list of
mutual charges and credits was submitted to a jury, who
returned a verdict in favor of the plaintiff for $2.15. Two
assignments of error are discussed by counsel for defend-
ant. They are as follows:

"1. The court erred in permitting the plaintiff in said
court to introduce an item or items for team work amount-
ing to $40, said item or items being no part of the amount
sued upon or sought to be recovered by the plaintiff, and
was not in his items of account against the defendant and
not in the plaintiff's petition.

"2. The defendant was surprised by the introduction
of said item of $40 introduced by the plaintiff for team
work, he having no knowledge that such item of charge
existed and was not prepared to meet it and answer
thereto, the same being material to the issue changing the
computation of the jury resulting in a verdict against
the plaintiff."

The difficulty with these assignments is that they have
no adequate foundation in the record. If the item for

team work was not in the petition when the trial was commenced, the record fails to show that fact. It is certainly in the petition now and there is no evidence of an amendment having been made during the trial. Error will not be presumed; it must appear affirmatively.

The judgment is

AFFIRMED.